IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CINQUINCY GLENN, :

   Petitioner, :

v. : CIVIL ACTION 14-0049-CB-M

KARLA JONES, :

   Respondent. :

## REPORT AND RECOMMENDATION

Petitioner, an inmate at the Easterling Correctional Facility, Atmore Work Center, has filed a petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 1). Petitioner raises multiple claims, including assertions that his attorney rendered ineffective assistance and that the trial judge committed reversible error (Doc. 1).

This Court, "in the exercise of its discretion and in furtherance of justice" may transfer an application for writ of habeas corpus to "the district court for the district within which the State court was held which convicted" the petitioner. 28 U.S.C. § 2241(d). Glenn attacks a sentence imposed upon him by the Houston County Circuit Court (Doc. 1). Houston County is located within the jurisdiction of the United States District Court for the Middle District of Alabama, Southern Division. 28

1

U.S.C. § 81(b)(2). The Court further notes that Petitioner is presently incarcerated at Easterling Correctional Facility, located in Barbour County, also within the jurisdiction of the United States District Court for the Middle District. In light of the foregoing, the Court concludes that transfer of this case to that court for review and disposition is appropriate. *Braden v. 30th Judicial Circuit Court of Ky.*, 410 U.S. 484, 497 (1973)("Congress explicitly recognized the substantial advantages of having these cases resolved in the court which originally imposed the confinement or in the court located nearest the site of the underlying controversy"); *see also* 28 U.S.C. § 2241.

Therefore, it is recommended that, in the interest of justice, this action be transferred to the United States District Court for the Middle District of Alabama for further proceedings. *Braden,* 410 U.S. at 497.

## NOTICE OF RIGHT TO FILE OBJECTIONS

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. *See*

28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(B); S.D. Ala. L.R.72.4. In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found.  An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

DONE this 3rd day of July, 2014.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE