IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CINQUINCY GLENN,                  :

    Petitioner,               :

v.                                : CIVIL ACTION 14-0049-CB-M

KARLA JONES,                      :

    Respondent.               :

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

DONE this 28th day of July, 2014.

                            s/*Charles R. Butler, Jr.*
                            CHARLES R. BUTLER, JR.
                            SENIOR UNITED STATES DISTRICT JUDGE